# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:22-cr-104-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER** |
| **MARTINIZE DEYAUN PERRY,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's Notice of Appeal from Order of Magistrate Judge. (Doc. No. 15). Defendant seeks this Court's review of the magistrate judge's detention order. Before the Court rules on the appeal, the Court will require the Government to respond to Defendant's arguments.

## ORDER

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to Defendant's motion.

Signed: September 15, 2023

Max O. Cogburn Jr.
United States District Judge