# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:22-CR-00104-MOC-SCR

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **MARTINIZE DEYAUN PERRY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**THIS MATTER** is before the Court on Defendant's Motion to Seal (the "Motion"). (Doc. No. 28). Defendant seeks to seal his reply brief in support of his motion to dismiss and its exhibits (the "Reply Brief") (Doc. Nos. 29, 29-1, 29-2, 29-3, & 29-4). The Court grants in part and denies in part the Motion.

Having carefully reviewed the record and the applicable law, the Court finds that certain portions of the Reply Brief may be properly sealed under the Court's Local Rules due to certain personal and confidential information therein. However, the Court concludes that much of the Reply Brief that Defendant requests to seal is not appropriate for sealing, including, for example, discussion of general standards and applicable case law, and that sealing the Reply Brief in its entirety is not warranted here. See LCrR 49.1.1 ("To further openness in criminal case proceedings, there is a presumption under applicable common law and the First Amendment that pleadings filed in this Court will be filed unsealed."); see also Press-Enter. Co. v. Superior Ct. of Cal., 478 U.S. 1, 9 (1986). Accordingly, the Court will order Defendant to file an unsealed, but redacted version of the Reply Brief and exhibits.

**IT IS, THEREFORE, ORDERED** that Defendant's Motion to Seal (Doc. No. 28) is **GRANTED IN PART** and **DENIED IN PART**. Within fourteen days of this Order, Defendant shall file an unsealed, redacted version of his sealed Reply Brief and exhibits as set forth herein.

**SO ORDERED**.

Signed: November 9, 2023

Susan C. Rodriguez
United States Magistrate Judge